UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:18-cr-00739-AGF |
| DOUG KELSAY, | ) ) ) |
| Defendant. | ) |

## **ORDER**

The Court has received Defendant Doug Kelsay's Reply (Doc. No. 700) to the Government's Response to Defendant's Motion for Sentence Reduction. The Court did not receive the Reply, which was post-marked December 29, 2021, until after the Court issued its Memorandum and Order (Doc. No. 698) dated December 28, 2021, denying the requested reduction. However, the Court has carefully reviewed the Reply, and nothing in the Reply causes the Court to change its December 28, 2021 Memorandum and Order, which the Court hereby reaffirms.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2022.